IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CARRIE MITCHELL FISHER**                                                                 **PLAINTIFF**

**VS.**                                         **3:05CV00278-WRW**

**BOB BRETHERICK, et. al**                                                                 **DEFENDANTS**

### ORDER

Defendants' have filed a Motion for Reconsideration (Doc. No. 23) which essentially reargues points made earlier by Defendants, which have been previously rejected. They are again rejected.

Defendants' Motion for Reconsideration is DENIED.

IT IS SO ORDERED this 18th day of May 2006.

                                                                    /s/ Wm. R.Wilson,Jr.
                                                                    UNITED STATES DISTRICT JUDGE